*Coquilliard*

*vs*

*May*

filed in court 24th Sept^{ber} 1811.

In the cause of Alexis Coquilliard dit Ceret against James May.

The Plaintiff complains of the defendant for that he has assumed to pay him for work and labour one hundred dollars which he refuses to pay.

BRUSH for the Plff

and the defendant Pleads that he has not assumed and puts himselfe on the country—                                                    Sol Sibley Aty

and the Plff likewise

Brush for the Plff

[In the handwriting of Elijah Brush]